IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.L., et al., | No. 09-04668 CW |
|       Plaintiffs, | ORDER RE BRIEFING SCHEDULE AND |
|   v. | HEARING DATE |
| JOHN A. WAGNER, et al., | |
|       Defendants.       / | |

    On October 6, 2009, District Judge Jeffrey S. White issued an Order (1) Granting Motion to Hear Preliminary Injunction Motion on Shortened Time; (2) Setting Briefing Schedule; and (3) Denying Defendants' Motion for Expedited Discovery.  Thereafter, the case was related and reassigned to this judge.  Accordingly,

    IT IS HEREBY ORDERED that the briefing schedule and hearing date set by Judge White will remain in effect.  The hearing on Plaintiff's motion to preliminary injunction will be held on October 19, 2009, at 10:00 a.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

    10/7/09

Dated _____            _____
                                                      CLAUDIA WILKEN
                                                      United States District Judge