RECEIVED
09 OCT -1 AM 10: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| V.L. by and through his *guardian ad litem* Nancy Lagahid; DAVID OSTER; WILLIE BEATRICE SHEPPARD; and C.R. by and through his *guardian ad litem* Michelle Rivera, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU")–UNITED HEALTHCARE WORKERS WEST; SEIU–UNITED LONG-TERM CARE WORKERS; SEIU LOCAL 521; SEIU CALIFORNIA STATE COUNCIL; UNITED DOMESTIC WORKERS OF AMERICA, AFSCME, LOCAL 3930, AFL-CIO; and CALIFORNIA UNITED HOMECARE WORKERS,<br><br>    Plaintiffs,<br>    v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES<br><br>    Defendants. | Case No. _____ 4668 CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF V.L.'S AND C.R.'S *EX PARTE* APPLICATION TO PROCEED UNDER FICTITIOUS NAMES |

[PROPOSED] ORDER TO PROCEED UNDER FICTITIOUS NAMES

1  WHEREFORE, this Court having considered the Plaintiffs' Ex Parte Application of V.L.
2  and C.R. to Proceed Under Fictitious Names, and supporting Declarations and Memorandums of
3  Points and Authorities and good cause appearing,

4  IT IS THEREFORE ORDERED that Plaintiffs V.L and C.R. shall proceed in this action
5  with fictitious names. The names of Plaintiff V.L. and C.R. will appear on pleadings, declarations,
6  affidavits, and other documents as follows in the above-captioned action:

7  PLAINTIFFS: V.L. and C.R.

8  IT IS SO ORDERED:

9           10/19/09

10 DATED: _____    _____
                                     UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER TO PROCEED UNDER FICTITIOUS NAMES