E-filing

RECEIVED
09 OCT -1 AM 10: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| V.L. by and through his *guardian ad litem* Nancy Nagahid; DAVID OSTER; WILLIE BEATRICE SHEPPARD; and C.R. by and through his *guardian ad litem* Michelle Rivera, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU")–UNITED HEALTHCARE WORKERS WEST; SEIU–UNITED LONG-TERM CARE WORKERS; SEIU LOCAL 521; SEIU CALIFORNIA STATE COUNCIL; UNITED DOMESTIC WORKERS OF AMERICA, AFSCME, LOCAL 3930, AFL-CIO; and CALIFORNIA UNITED HOMECARE WORKERS,<br><br>　　Plaintiffs,<br>　v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES<br><br>　　Defendants. | Case No. CV 09 4668 CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF C.R.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF MICHELLE RIVERA AS *GUARDIAN AD LITEM* |

---

[PROPOSED] ORDER GRANTING PLAINTIFF C.R.'S EX PARTE APPLICATION FOR APPOINTMENT OF MICHELLE RIVERA AS GUARDIAN AD LITEM

1  Having considered the ex parte application for appointment of Michelle Rivera as guardian ad
2  litem for C.R., the declaration of Michelle Rivera requesting and consenting to the appointment of a
3  guardian ad litem, and the memorandum of points and authorities in support of the application in the
4  above action, and good cause appearing therefore, it is hereby ordered that Michelle Rivera be
5  appointed guardian ad litem for C.R. in the above action.

7  IT IS SO ORDERED.
8  Dated: 10/19/09        _____
9                         United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF C.R.'S EX PARTE APPLICATION FOR APPOINTMENT OF
MICHELLE RIVERA AS GUARDIAN AD LITEM