RECEIVED
'09 OCT -1 AM 10: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

CV 09 4668 CW JCS

| | |
|---|---|
| V.L. by and through his *guardian ad litem* Nancy Lagahid; DAVID OSTER; WILLIE BEATRICE SHEPPARD; and C.R. by and through his *guardian ad litem* Michelle Rivera, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU")–UNITED HEALTHCARE WORKERS WEST; SEIU–UNITED LONG-TERM CARE WORKERS; SEIU LOCAL 521; SEIU CALIFORNIA STATE COUNCIL; UNITED DOMESTIC WORKERS OF AMERICA, AFSCME, LOCAL 3930, AFL-CIO; and CALIFORNIA UNITED HOMECARE WORKERS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES<br><br>Defendants. | Case No. _____<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF V.L.'S *EX PARTE* APPLICATION FOR APPOINTMENT OF NANCY LAGAHID AS *GUARDIAN AD LITEM* |

[PROPOSED] ORDER GRANTING PLAINTIFF V.L.'S EX PARTE APPLICATION FOR APPOINTMENT OF NANCY LAGAHID AS GUARDIAN AD LITEM

1  Having considered the ex parte application for appointment of Nancy Lagahid as
2  guardian ad litem for V.L., the declaration of Nancy Lagahid requesting and consenting to the
3  appointment of a guardian ad litem, and the memorandum of points and authorities in support
4  of the application in the above action, and good cause appearing therefore, it is hereby ordered
5  that Nancy Lagahid be appointed guardian ad litem for V.L. in the above action.

7  IT IS SO ORDERED.
8  Dated: _____10/19/09_____            _____
                                         United States District Judge