MELINDA BIRD (SBN 102236)
MARILYN HOLLE (SBN 61530)
DEBORAH DORFMAN (CRLSA No. 801060)
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA  90010
Telephone:  (213) 427-8747
Facsimile: (213) 427-8767
Melinda.bird@disabilityrightsca.org
Debbie.dorfman@disabilityrightsca.org
Marilyn.holle@disabilityrightsca.org

*Attorneys for Named Plaintiffs and the Proposed Class*
*Additional Attorneys for Named Plaintiffs and the*
*Proposed Class on Signature Page*

STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU*
*Local 521, SEIU California State Council, UDW, and CUHW*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| V.L., *et al.*,<br><br>                    Plaintiffs<br><br>        v.<br><br>WAGNER, *et al.*,<br><br>              Defendants<br>_____ | Case No.: CV 09-04668 CW<br><br>**STIPULATION AND ORDER RE:**<br>**NOTICE** |

1    WHEREAS, on October 19, 2009, the Court preliminarily enjoined Defendants from

2    implementing the provisions of ABX4 4 that amended Sections 12309(e) and 12309.2 of the

3    California Welfare and Institutions Code to terminate from eligibility for IHSS services those

4    recipients with Functional Index Scores of less than 2.0 and to eliminate domestic and related

5    services for recipients with functional ranks of less than 4 for those services;

6    WHEREAS, the parties agreed to work jointly on a form of notice to be sent to potentially

7    affected recipients, informing them of this Court's preliminary injunction, and that their IHSS

8    services would not be terminated or reduced as provided in ABX4 4;

9    WHEREAS, the parties agree that Defendants shall mail via First Class mail a Notice in the

10   form attached hereto as Exhibit A to recipients whose IHSS services would have been terminated

11   or reduced by operation of ABX4 4;

12   WHEREAS, the parties agree that Defendants shall begin mailing the Notice to Recipients

13   on October 27, 2009 and mail out all such Notices no later than October 29, 2009;

14   WHEREAS, the parties agree that the Notice shall be printed in Arial 14 point font, which

15   maximizes readability for recipients with vision impairments;

16   WHEREAS, the parties agree that Defendants shall translate the Notice into Spanish,

17   Russian, Armenian, Vietnamese, and Chinese;

18   WHEREAS, the parties agree that the Notice will not be in the standard Notice of Action

19   ("NOA") format generally used to communicate changes in services to IHSS recipients;

20   WHEREAS, the parties agree that Defendants shall include with the Notice a notification of

21   free translation services, in the form attached hereto as Exhibit B;

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

1    WHEREAS, the parties agree that Defendants shall post the Notice and the text of this

2  Court's preliminary injunction on their official website, www.dss.cahwnet.gov;

3    THEREFORE, the parties so stipulate and agree, and request that the Court so order.

4  Dated: October 23, 2009                    Respectfully Submitted,

5

6                              By:    ___/s/ Gregory D. Brown_____
                                      EDMUND G. BROWN, JR.
7                                     Attorney General of California
                                      KARIN S. SCHWARTZ
8                                     SUSAN M. CARSON
                                      Supervising Deputy Attorneys General
9                                     JOSHUA N. SONDHEIMER
                                      GREGORY D. BROWN (SBN 219209)
10                                    MICHAEL A. ZWIBELMAN
                                      Deputy Attorneys General
11                                    455 Golden Gate Avenue, Suite 11000
                                      San Francisco, CA 94102-7004
12                                    Telephone: (415) 703-5461
                                      Facsimile: (415) 703-5480
13                                    Gregory.brown@doj.ca.gov

14                                    *Attorneys for Defendants*

15  Dated: October 23, 2009                    Respectfully Submitted,

16

17                             By:    /s/ Melinda Bird_____
                                      MELINDA BIRD (SBN 102236)
18                                    MARILYN HOLLE (SBN 61530)
                                      DEBORAH DORFMAN (CRLSA No. 801060)
19                                    DISABILITY RIGHTS CALIFORNIA
                                      LOS ANGELES REGIONAL OFFICE
20                                    3580 Wilshire Blvd., Ste. 902
                                      Los Angeles, CA 90010
21                                    Telephone: (213) 427-8747
                                      Facsimile: (213) 427-8767
22                                    Melinda.bird@disabilityrightsca.org
                                      Debbie.dorfman@disabilityrightsca.org
23                                    Marilyn.holle@disabilityrightsca.org

24                                    SUJATHA JAGADEESH BRANCH (SBN 166259)
                                      DISABILITY RIGHTS CALIFORNIA
25                                    SACRAMENTO REGIONAL OFFICE
                                      100 Howe Ave., Suite 235N
26                                    Sacramento, CA 95825
                                      Telephone: (916) 488-9950
27                                    Facsimile: (916) 488-9960
                                      Sujatha.branch@disabilityrightsca.org

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DARA L. SCHUR (SBN 98638)
FREDERICK P. NISEN (SBN 184089)
JUNG PHAM (SBN 251232)
DISABILITY RIGHTS CALIFORNIA
BAY AREA REGIONAL OFFICE
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.schur@disabilityrightsca.org
Fred.nisen@disabilityrightsca.org
Jung.pham@disabilityrightsca.org

ANN MENASCHE (SBN 74774)
DISABILITY RIGHTS CALIFORNIA
SAN DIEGO REGIONAL OFFICE
111 Sixth Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 239-7861
Facsimile: (619) 239-7906
Ann.menasche@disabilityrightsca.org

PAULA PEARLMAN (SBN 109038)
SHAWNA PARKS (SBN 208301)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
Paula.pearlman@lls.edu
Shawna.parks@lls.edu

CHARLES WOLFINGER (SBN 63467)
LAW OFFICE OF CHARLES WOLFINGER
4655 Cass Street #314
San Diego, Ca 92109
Telephone: (858) 272-8115
Facsimile: (858) 270-3960
Cw@charleswolfinger.com

JANE PERKINS (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
211 N. Columbia Street
Chapel Hill, NC 27514
Telephone: (919) 968-6308
Facsimile: (919) 968-8855
perkins@healthlaw.org

ANNA RICH (SBN 230195)
NATIONAL SENIOR CITIZEN LAW CENTER
1330 Broadway, Suite 525
Oakland, CA 94612
Telephone: (510) 663-1055
Facsimile: (510) 663-1051

1

2

3

4

5

6

7

8

9

10

11

12

13

*Attorneys for Individual Named Plaintiffs V.L., David Oster, Willie Beatrice Sheppard, C.R., Dotty Jones, and the Plaintiff Class*

By:   /s/ Stacey M. Leyton
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
CASEY A. ROBERTS (SBN 253474)
       (*Admission Pending*)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

14

GENERAL ORDER 45 ATTESTATION

15

I, Gregory D. Brown, am the ECF user whose ID and password are being used to file this

16

stipulation.   In compliance with General Order 45, X.B., I hereby attest that plaintiffs counsel have

17

concurred in the filing of this document with their electronic signatures.

18

Dated:  October  23, 2009          /s/ Gregory D. Brown
                                    Gregory D. Brown

19

20

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

                          10/27/09
DATED: _____          _____

23

                                         Hon. Claudia Wilken
                                         United States District Judge

24

25

26

27

28