MELINDA BIRD (SBN 102236)
MARILYN HOLLE (SBN 61530)
DEBORAH DORFMAN (CRLSA No. 801060)
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA 90010
Telephone: (213) 427-8747
Facsimile: (213) 427-8767
Melinda.bird@disabilityrightsca.org
Debbie.dorfman@disabilityrightsca.org
Marilyn.holle@disabilityrightsca.org

*Attorneys for Named Plaintiffs and the Proposed Class*
*Additional Attorneys for Named Plaintiffs and the Proposed Class on Signature Page*

STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| V.L., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAGNER, *et al.*, <br><br> Defendants. | Case No.: CV 09-04668 CW <br><br> **STIPULATION TO REVISE HEARING DATE AND BRIEFING SCHEDULE; ORDER AS MODIFIED** <br><br> Honorable Claudia Wilken <br><br> Hearing Date: January 14, 2010 <br> Time: 2:00 pm <br> Courtroom: 2, 4th Floor |

1  IT IS HEREBY STIPULATED between the parties through their respective
2 counsel that, subject to Court approval, the hearing date in the above-entitled case
3 shall be continued from December 17th, 2009 to January 14th, 2010.  In addition,
4 the parties stipulate to revise the briefing schedule as follows: Plaintiffs' Opposition
5 to Motion to Dismiss shall be filed on December 10th, 2009 and Defendants' Reply
6 shall be filed on December 24th, 2009.

7 Dated: November 13, 2009         Respectfully Submitted,

8                              By: /s/ *Melinda Bird*
                                  MELINDA BIRD
9                                  DISABILITY RIGHTS CALIFORNIA

10                                 PAULA PEARLMAN (SBN 109038)
                                   SHAWNA PARKS (SBN 208301)
11                                 DISABILITY RIGHTS LEGAL CENTER
                                   919 Albany Street
12                                 Los Angeles, CA 90015
                                   Telephone: (213) 736-1031
13                                 Facsimile: (213) 736-1428
                                   Paula.pearlman@lls.edu
14                                 Shawna.parks@lls.edu

15                                 CHARLES WOLFINGER (SBN 63467)
                                   LAW OFFICE OF CHARLES WOLFINGER
16                                 4655 Cass Street #314
                                   San Diego, Ca 92109
17                                 Telephone: (858) 272-8115
                                   Facsimile: (858) 270-3960
18                                 Cw@charleswolfinger.com

19                                 JANE PERKINS (SBN 104784)
                                   NATIONAL HEALTH LAW PROGRAM
20                                 211 N. Columbia Street
                                   Chapel Hill, NC 27514
21                                 Telephone: (919) 968-6308
                                   Facsimile: (919) 968-8855
22                                 perkins@healthlaw.org

23                                 ANNA RICH (SBN 230195)
                                   NATIONAL SENIOR CITIZEN LAW CENTER
24                                 1330 Broadway, Suite 525
                                   Oakland, CA 94612
25                                 Telephone: (510) 663-1055
                                   Facsimile: (510) 663-1051
26
                                   *Attorneys for Individual Named Plaintiffs V.L.,*
27                                 *David Oster, Willie Beatrice Sheppard, C.R., Dotty*
                                   *Jones, and the Plaintiff Class*
28

By: /s/ *Stacey M. Leyton*
STACEY M. LEYTON
ALTSHULER BERZON LLP

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

Dated: November 13, 2009        Respectfully Submitted,

By: */s/ Gregory D. Brown*
EDMUND G. BROWN, JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General
JOSHUA N. SONDHEIMER
GREGORY D. BROWN (SBN 219209)
MICHAEL A. ZWIBELMAN
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5461
Facsimile: (415) 703-5480
Gregory.brown@doj.ca.gov

*Attorneys for Defendants*

GENERAL ORDER 45 ATTESTATION

I, Melinda R. Bird, am the ECF user whose ID and password are being used to file this stipulation. In compliance with General Order 45, X.B., I hereby attest that Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: November 13, 2009        */s/ Melinda Bird*
                                Melinda Bird

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE MOTION WILL BE SUBMITTED ON THE PAPERS.**

DATED: ___11/18/09_____

_____
Hon. Claudia Wilken
United States District Judge