EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General
JOSHUA N. SONDHEIMER
GREGORY D. BROWN (State Bar No. 219209)
MICHAEL A. ZWIBELMAN
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5461
 Fax:  (415) 703-5480
 E-mail:  Gregory.Brown@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **V.L. , et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**JOHN A. WAGNER, et al.,**<br><br>　　　　　　　　　　Defendants. | CV 09-4668 CW<br><br>**STIPULATION AND ORDER AS MODIFIED [1] GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT; [2] SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT; AND [3] WITHDRAWING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

　　　IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval:

　　　1.　Plaintiffs are hereby granted leave to file a Second Amended Complaint, a copy of which is attached hereto as Exhibit A. Plaintiffs' Second Amended Complaint shall be deemed served and filed as of the date that this order is served and filed by the Court.

　　　2.　Defendants shall file a motion to dismiss or otherwise respond to the Second Amended Complaint on or before February 2, 2010.

1  3. Plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before
2  March 2, 2010.

3  4. Defendants' reply shall be filed on or before March 16, 2010.

4  5. The parties agree that defendants' pending motion to dismiss portions of plaintiff's
5  First Amended Complaint (Docket No. 204) is hereby withdrawn in light of the foregoing.

Dated: December 23, 2009                    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General

***/s/ Gregory D. Brown***

JOSHUA N. SONDHEIMER
GREGORY D. BROWN
MICHAEL A. ZWIBELMAN
Deputy Attorneys General
*Attorneys for Defendants*

Dated: December 23, 2009                    Respectfully Submitted,

By: /s/ Melinda Bird
    MELINDA BIRD (SBN 102236)
    MARILYN HOLLE (SBN 61530)
    DEBORAH DORFMAN (CRLSA No. 801060)
    DISABILITY RIGHTS CALIFORNIA
    LOS ANGELES REGIONAL OFFICE
    3580 Wilshire Blvd., Ste. 902
    Los Angeles, CA 90010
    Telephone: (213) 427-8747
    Facsimile: (213) 427-8767
    Melinda.bird@disabilityrightsca.org
    Debbie.dorfman@disabilityrightsca.org
    Marilyn.holle@disabilityrightsca.org

    SUJATHA JAGADEESH BRANCH (SBN 166259)
    DISABILITY RIGHTS CALIFORNIA
    SACRAMENTO REGIONAL OFFICE
    100 Howe Ave., Suite 235N
    Sacramento, CA 95825
    Telephone: (916) 488-9950
    Facsimile: (916) 488-9960
    Sujatha.branch@disabilityrightsca.org

2

Stipulation and Order [1] Granting Plaintiffs Leave to File Second Amended Complaint; [2] Setting Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint; and [3] Withdrawing Defendants' Motion to Dismiss First Amended Complaint  (CV 09-4668 CW)

DARA L. SCHUR (SBN 98638)
FREDERICK P. NISEN (SBN 184089)
JUNG PHAM (SBN 251232)
DISABILITY RIGHTS CALIFORNIA
BAY AREA REGIONAL OFFICE
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.schur@disabilityrightsca.org
Fred.nisen@disabilityrightsca.org
Jung.pham@disabilityrightsca.org

ANN MENASCHE (SBN 74774)
DISABILITY RIGHTS CALIFORNIA
SAN DIEGO REGIONAL OFFICE
111 Sixth Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 239-7861
Facsimile: (619) 239-7906
Ann.menasche@disabilityrightsca.org

PAULA PEARLMAN (SBN 109038)
SHAWNA PARKS (SBN 208301)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
Paula.pearlman@lls.edu
Shawna.parks@lls.edu

CHARLES WOLFINGER (SBN 63467)
LAW OFFICE OF CHARLES WOLFINGER
4655 Cass Street #314
San Diego, Ca 92109
Telephone: (858) 272-8115
Facsimile: (858) 270-3960
Cw@charleswolfinger.com

JANE PERKINS (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
211 N. Columbia Street
Chapel Hill, NC 27514
Telephone: (919) 968-6308
Facsimile: (919) 968-8855
perkins@healthlaw.org

3

Stipulation and Order [1] Granting Plaintiffs Leave to File Second Amended Complaint; [2] Setting Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint; and [3] Withdrawing Defendants' Motion to Dismiss First Amended Complaint  (CV 09-4668 CW)

```
                                    ANNA RICH (SBN 230195)
                                    NATIONAL SENIOR CITIZEN LAW CENTER
                                    1330 Broadway, Suite 525
                                    Oakland, CA 94612
                                    Telephone: (510) 663-1055
                                    Facsimile: (510) 663-1051
```

*Attorneys for Individual Named Plaintiffs V.L., David Oster, Willie Beatrice Sheppard, C.R., Dotty Jones, and the Plaintiff Class*

By: /s/ Stacey M. Leyton
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
CASEY A. ROBERTS (SBN 253474)
   (*Admission Pending*)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

GENERAL ORDER 45 ATTESTATION

I, Gregory D. Brown, am the ECF user whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest that plaintiffs' counsel have concurred in the filing of this document with their electronic signatures.

Dated: December 23, 2009          /s/ Gregory D. Brown
                                  Gregory D. Brown

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT PLAINTIFFS SHALL ELECTRONICALLY FILE THE SECOND AMENDED COMPLAINT FORTHWITH.**

DATED: 12/30/09                   _____
                                  Hon. Claudia Wilken
                                  United States District Judge

4

Stipulation and Order [1] Granting Plaintiffs Leave to File Second Amended Complaint; [2] Setting Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint; and [3] Withdrawing Defendants' Motion to Dismiss First Amended Complaint  (CV 09-4668 CW)

1  SF2009405031
   40393245.doc
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

Stipulation and Order [1] Granting Plaintiffs Leave to File Second Amended Complaint; [2] Setting Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint; and [3] Withdrawing Defendants' Motion to Dismiss First Amended Complaint  (CV 09-4668 CW)