EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General
JOSHUA N. SONDHEIMER
GREGORY D. BROWN (State Bar No. 219209)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5461
 Fax:  (415) 703-5480
 E-mail:  Gregory.Brown@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **V.L. , et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN A. WAGNER, et al.,**<br><br>Defendants. | CV 09-4668 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 4, 2010** |

WHEREAS the initial Case Management Conference in this action is currently on calendar for April 13, 2010, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612;

WHEREAS the parties are in the process of meeting and conferring and believe it is possible that the parties will agree upon a case management schedule, possibly including a stay of all district court proceedings pending resolution of defendants' pending preliminary injunction appeal in the Ninth Circuit;

WHEREAS the parties will be unable to finalize an agreement prior to April 6, 2010, but believe that it is likely that they will be able to resolve all remaining issues and reach a final agreement shortly thereafter;

1

1  WHEREAS the parties agree that it would be more efficient for the Court and the parties to
2  briefly continue the Case Management Conference to allow the parties additional time to reach a
3  final scheduling agreement; and

4  WHEREAS defendants' lead counsel, Gregory D. Brown, will be out on vacation from
5  April 26, 2010 through April 30, 2010;

6  IT IS HEREBY STIPULATED between the parties through their respective counsel that,
7  subject to Court approval:

8  The initial Case Management Conference in this action is hereby continued to May 4, 2010,
9  at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

10 Dated:  April 2, 2010                              Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General

***/s/ Gregory D. Brown***

JOSHUA N. SONDHEIMER
GREGORY D. BROWN
Deputy Attorneys General
*Attorneys for Defendants*

Dated:  April 2, 2010                              Respectfully Submitted,

By:  /s/ Melinda Bird
MELINDA BIRD (SBN 102236)
MARILYN HOLLE (SBN 61530)
DEBORAH DORFMAN (CRLSA No. 801060)
DISABILITY RIGHTS CALIFORNIA
LOS ANGELES REGIONAL OFFICE
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA 90010
Telephone: (213) 427-8747
Facsimile: (213) 427-8767
Melinda.bird@disabilityrightsca.org
Debbie.dorfman@disabilityrightsca.org
Marilyn.holle@disabilityrightsca.org

SUJATHA JAGADEESH BRANCH (SBN 166259)
DISABILITY RIGHTS CALIFORNIA
SACRAMENTO REGIONAL OFFICE

100 Howe Ave., Suite 235N  
Sacramento, CA 95825  
Telephone: (916) 488-9950  
Facsimile: (916) 488-9960  
Sujatha.branch@disabilityrightsca.org  

DARA L. SCHUR (SBN 98638)  
FREDERICK P. NISEN (SBN 184089)  
JUNG PHAM (SBN 251232)  
DISABILITY RIGHTS CALIFORNIA  
BAY AREA REGIONAL OFFICE  
1330 Broadway, Suite 500  
Oakland, CA 94612  
Telephone: (510) 267-1200  
Facsimile: (510) 267-1201  
Dara.schur@disabilityrightsca.org  
Fred.nisen@disabilityrightsca.org  
Jung.pham@disabilityrightsca.org  

ANN MENASCHE (SBN 74774)  
DISABILITY RIGHTS CALIFORNIA  
SAN DIEGO REGIONAL OFFICE  
111 Sixth Avenue, Suite 200  
San Diego, CA 92101  
Telephone: (619) 239-7861  
Facsimile: (619) 239-7906  
Ann.menasche@disabilityrightsca.org  

PAULA PEARLMAN (SBN 109038)  
SHAWNA PARKS (SBN 208301)  
DISABILITY RIGHTS LEGAL CENTER  
919 Albany Street  
Los Angeles, CA 90015  
Telephone: (213) 736-1031  
Facsimile: (213) 736-1428  
Paula.pearlman@lls.edu  
Shawna.parks@lls.edu  

CHARLES WOLFINGER (SBN 63467)  
LAW OFFICE OF CHARLES WOLFINGER  
4655 Cass Street #314  
San Diego, Ca 92109  
Telephone: (858) 272-8115  
Facsimile: (858) 270-3960  
Cw@charleswolfinger.com  

JANE PERKINS (SBN 104784)  
NATIONAL HEALTH LAW PROGRAM  
211 N. Columbia Street  
Chapel Hill, NC 27514  
Telephone: (919) 968-6308  
Facsimile: (919) 968-8855  
perkins@healthlaw.org  

3  

Stipulation and Order Continuing Case Management Conference to May 4, 2010  (CV 09-4668 CW)

|   |   |
|---|---|
| 1 | ANNA RICH (SBN 230195) |
|   | NATIONAL SENIOR CITIZEN LAW CENTER |
| 2 | 1330 Broadway, Suite 525 |
|   | Oakland, CA 94612 |
| 3 | Telephone: (510) 663-1055 |
|   | Facsimile: (510) 663-1051 |

*Attorneys for Individual Named Plaintiffs V.L., David Oster, Willie Beatrice Sheppard, C.R., Dotty Jones, and the Plaintiff Class*

By: /s/ Stacey M. Leyton
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
CASEY A. ROBERTS (SBN 253474)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
croberts@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

GENERAL ORDER 45 ATTESTATION

I, Gregory D. Brown, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that plaintiffs' counsel have concurred in the filing of this document with their electronic signatures.

Dated: April 2, 2010                /s/ Gregory D. Brown
                                    Gregory D. Brown

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/7/2010                    _____
                                    Hon. Claudia Wilken
                                    United States District Judge