EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General
JOSHUA N. SONDHEIMER
GREGORY D. BROWN (State Bar No. 219209)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5461
 Fax:  (415) 703-5480
 E-mail:  Gregory.Brown@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **V.L. , et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **JOHN A. WAGNER, et al.,** <br><br> Defendants. | CV 09-4668 CW <br><br> **STIPULATION AND ORDER STAYING ALL DISTRICT COURT PROCEEDINGS IN THIS ACTION PENDING RESOLUTION OF DEFENDANTS' PRELIMINARY INJUNCTION APPEAL IN THE NINTH CIRCUIT** |

WHEREAS defendants' preliminary injunction appeal is currently pending in the Ninth Circuit;

WHEREAS oral argument on that appeal has been scheduled for June 15, 2010;

WHEREAS the parties believe that there is a significant possibility that the Ninth Circuit's decision in the preliminary injunction appeal could either eliminate the need for further litigation in this action or significantly clarify and narrow the issues that would still need to be litigated; and

1

1   WHEREAS the parties agree that it would be more efficient for the Court and the parties to stay all district court proceedings except the Case Management Conference pending resolution of the preliminary injunction appeal;

2   IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval:

1. All district court proceedings in this action are hereby stayed with the exception of the Case Management Conference scheduled for May 4, 2010 at 2 p.m.

2. The stay shall be lifted automatically upon the Ninth Circuit's issuance of the mandate in the pending preliminary injunction appeal in this action, Ninth Circuit Case No. 09-17581.

3. The stay may be lifted unilaterally by any party at any time upon three (3) days' prior written notice to the Court and all other parties.

4. The stay may be lifted at any time by order of the Court.

5. In the event that the Ninth Circuit reverses the preliminary injunction in whole or in part, defendants shall ensure that the benefit cuts under sections 12309(e) and/or 12309.2 of the California Welfare and Institutions Code that are presently enjoined by the preliminary injunction do not go into effect for at least sixty (60) days after the Ninth Circuit issues the mandate in the preliminary injunction appeal, Ninth Circuit Case No. 09-17581.  Nothing in the preceding sentence shall prohibit defendants from taking preliminary steps prior to the expiration of this 60-day period to enable sections 12309(e) and/or 12309.2 of the California Welfare and Institutions Code to go into effect immediately upon the expiration of this 60-day period, provided that the actual cuts in benefits shall not go into effect prior to the expiration of this 60-day period.  In the event that any plaintiff unilaterally lifts the stay prior to the oral argument in the preliminary injunction appeal, or in the event that the stay is lifted by the Court upon a motion or request brought by any plaintiff and opposed by defendants prior to the oral argument in the preliminary injunction appeal, the provisions of this paragraph shall be voided.

6. In the event that any plaintiff seeks another preliminary injunction or a modification of the preliminary injunction following the Ninth Circuit's decision, plaintiffs shall meet and

2

Stipulation and Order Staying All District Court Proceedings Pending Resolution of Defendants' Preliminary Injunction Appeal in the Ninth Circuit  (CV 09-4668 CW)

confer with defendants to set a briefing schedule for such a motion as soon as practicable following the Ninth Circuit's decision, and in no event shall plaintiffs suggest a briefing schedule for such motion that provides defendants less than two weeks to file an opposition.

Dated:  April 23, 2010                    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
SUSAN M. CARSON
Supervising Deputy Attorneys General

***/s/ Gregory D. Brown***

JOSHUA N. SONDHEIMER
GREGORY D. BROWN
Deputy Attorneys General
*Attorneys for Defendants*

Dated:  April 23, 2010                    Respectfully Submitted,

By:  /s/ Melinda Bird
MELINDA BIRD (SBN 102236)
MARILYN HOLLE (SBN 61530)
DEBORAH DORFMAN (CRLSA No. 801060)
DISABILITY RIGHTS CALIFORNIA
LOS ANGELES REGIONAL OFFICE
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA 90010
Telephone: (213) 427-8747
Facsimile: (213) 427-8767
Melinda.bird@disabilityrightsca.org
Debbie.dorfman@disabilityrightsca.org
Marilyn.holle@disabilityrightsca.org

SUJATHA JAGADEESH BRANCH (SBN 166259)
DISABILITY RIGHTS CALIFORNIA
SACRAMENTO REGIONAL OFFICE
100 Howe Ave., Suite 235N
Sacramento, CA 95825
Telephone: (916) 488-9950
Facsimile: (916) 488-9960
Sujatha.branch@disabilityrightsca.org

DARA L. SCHUR (SBN 98638)
FREDERICK P. NISEN (SBN 184089)
JUNG PHAM (SBN 251232)
DISABILITY RIGHTS CALIFORNIA
BAY AREA REGIONAL OFFICE
1330 Broadway, Suite 500

3

```
                              Oakland, CA 94612
                              Telephone: (510) 267-1200
                              Facsimile: (510) 267-1201
                              Dara.schur@disabilityrightsca.org
                              Fred.nisen@disabilityrightsca.org
                              Jung.pham@disabilityrightsca.org

                              ANN MENASCHE (SBN 74774)
                              DISABILITY RIGHTS CALIFORNIA
                              SAN DIEGO REGIONAL OFFICE
                              111 Sixth Avenue, Suite 200
                              San Diego, CA 92101
                              Telephone: (619) 239-7861
                              Facsimile: (619) 239-7906
                              Ann.menasche@disabilityrightsca.org

                              PAULA PEARLMAN (SBN 109038)
                              SHAWNA PARKS (SBN 208301)
                              DISABILITY RIGHTS LEGAL CENTER
                              919 Albany Street
                              Los Angeles, CA 90015
                              Telephone: (213) 736-1031
                              Facsimile: (213) 736-1428
                              Paula.pearlman@lls.edu
                              Shawna.parks@lls.edu

                              CHARLES WOLFINGER (SBN 63467)
                              LAW OFFICE OF CHARLES WOLFINGER
                              4655 Cass Street #314
                              San Diego, Ca 92109
                              Telephone: (858) 272-8115
                              Facsimile: (858) 270-3960
                              Cw@charleswolfinger.com

                              JANE PERKINS (SBN 104784)
                              NATIONAL HEALTH LAW PROGRAM
                              211 N. Columbia Street
                              Chapel Hill, NC 27514
                              Telephone: (919) 968-6308
                              Facsimile: (919) 968-8855
                              perkins@healthlaw.org

                              ANNA RICH (SBN 230195)
                              NATIONAL SENIOR CITIZEN LAW CENTER
                              1330 Broadway, Suite 525
                              Oakland, CA 94612
                              Telephone: (510) 663-1055
                              Facsimile: (510) 663-1051
```

*Attorneys for Individual Named Plaintiffs V.L., David Oster, Willie Beatrice Sheppard, C.R., Dotty Jones, and the Plaintiff Class*

By:   /s/ Stacey M. Leyton
      STEPHEN P. BERZON (SBN 46540)

4

Stipulation and Order Staying All District Court Proceedings Pending Resolution of Defendants' Preliminary Injunction Appeal in the Ninth Circuit  (CV 09-4668 CW)

EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
CASEY A. ROBERTS (SBN 253474)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
croberts@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

GENERAL ORDER 45 ATTESTATION

I, Gregory D. Brown, am the ECF user whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest that plaintiffs' counsel have concurred in the filing of this document with their electronic signatures.

Dated: April 23, 2010      /s/ Gregory D. Brown
                           Gregory D. Brown

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 4, 2010         _____
                           Hon. Claudia Wilken
                           United States District Judge

5

Stipulation and Order Staying All District Court Proceedings Pending Resolution of Defendants' Preliminary Injunction Appeal in the Ninth Circuit  (CV 09-4668 CW)