1  MELINDA BIRD (SBN 102236)
   MARILYN HOLLE (SBN 61530)
2  DEBORAH DORFMAN (CRLSA No. 801060)
   DISABILITY RIGHTS CALIFORNIA
3  LOS ANGELES REGIONAL OFFICE
   3580 Wilshire Blvd., Ste. 902
4  Los Angeles, CA 90010
   Telephone: (213) 427-8747
5  Facsimile: (213) 427-8767
   Melinda.bird@disabilityrightsca.org
6  Debbie.dorfman@disabilityrightsca.org
   Marilyn.holle@disabilityrightsca.org
7
   *Attorneys for Named Plaintiffs and the Proposed Class*
8  *Additional Attorneys for Named Plaintiffs and the*
   *Proposed Class on Signature Page*
9
   STEPHEN P. BERZON (SBN 46540)
10 EVE H. CERVANTEZ (SBN 164709)
   STACEY M. LEYTON (SBN 203827)
11 PEDER J. THOREEN (SBN 217081)
   Altshuler Berzon LLP
12 177 Post Street, Suite 300
   San Francisco, California 94108
13 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
14 sberzon@altshulerberzon.com
   ecervantez@altshulerberzon.com
15 sleyton@altshulerberzon.com
   pthoreen@altshulerberzon.com
16 *Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU*
   *Local 521, SEIU California State Council, UDW, and CUHW*
17

18              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
19             SAN FRANCISCO/OAKLAND DIVISION

20 V.L., *et al.*,                    )  **Case No.:  CV 09-04668 CW**
                                      )
21                                    )
              Plaintiffs             )  **STIPULATION AND ORDER**
22                                    )  **CONTINUING THE FURTHER CASE**
        v.                            )  **MANAGEMENT CONFERENCE**
23                                    )  **PENDING RESOLUTION OF**
   WAGNER, *et al.*,                  )  **DEFENDANTS' PRELIMINARY**
24                                    )  **INJUNCTION APPEAL IN THE NINTH**
              Defendants             )  **CIRCUIT**
25                                    )
                                      )
26                                    )
                                      )
27 _____)

28

1    WHEREAS defendants' preliminary injunction appeal is currently pending in

2    the Ninth Circuit;

3    WHEREAS oral argument on that appeal was heard and the matter submitted

4    on June 15, 2010;

5    WHEREAS the Ninth Circuit deferred resolution of the preliminary injunction

6    appeal pending the United States Supreme Court's decision in the consolidated

7    appeals in *Douglas v. Indep. Living Ctr.*, 572 F.3d 644 (9th Cir. 2009), *Douglas v.*

8    *Calif. Pharmacists Ass'n*, 2010 WL 737650 (9th Cir. March 3, 2010) and *Douglas v.*

9    *Santa Rosa Mem. Hosp.*, 2010 WL 2124276 (9th Cir. May 27, 2010), *certiorari*

10   *granted*, 2011 WL 134272 (U.S. No. 09-958, Jan. 18, 2011) or upon further order of

11   the court; and

12   WHEREAS the parties agree that it would be more efficient for the Court and

13   the parties to continue the further case management conference pending resolution of

14   the preliminary injunction appeal:

15   IT IS HEREBY STIPULATED between the parties through their respective

16   counsel that, subject to Court approval:

17       1.  The further case management conference scheduled for September 13, 2011

18           is taken off calendar.

19       2.  The further case management conference will be rescheduled for April 10,

20           2012 at 2:00 PM.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

*V.L. v. WAGNER*, CASE NO. CV-09-04668 CW
STIP. & ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE PENDING RESOLUTION
OF DEFS' PRELIMINARY INJUNCTION APPEAL IN THE 9TH CIRCUIT

1    3. The parties, by filing another Stipulation and Order, may request an earlier

2         or later date for the further case management conference depending on the

3         date the Ninth Circuit issues its opinion.

4

5    Dated:  September 6, 2011                    Respectfully submitted,

6                                                */s/ Frederick P. Nisen*
                                                 DARA L. SCHUR (SBN 98638)
7                                                FREDERICK P. NISEN (SBN 184089)
                                                 JUNG PHAM (SBN 251232)
8                                                DISABILITY RIGHTS CALIFORNIA
                                                 BAY AREA REGIONAL OFFICE
9                                                1330 Broadway, Suite 500
                                                 Oakland, CA 94612
10                                               Telephone: (510) 267-1200
                                                 Facsimile: (510) 267-1201
11                                               Dara.schur@disabilityrightsca.org
12                                               Fred.nisen@disabilityrightsca.org
                                                 Jung.pham@disabilityrightsca.org
13

14                                               SUJATHA JAGADEESH BRANCH (SBN 166259)
                                                 DISABILITY RIGHTS CALIFORNIA
15                                               SACRAMENTO REGIONAL OFFICE
                                                 100 Howe Street, Suite 235 N
16                                               Sacramento, CA 95825
                                                 Telephone: (916) 488-9950
17                                               Facsimile: (916) 488-9960
18                                               Sujatha.branch@disabilityrightsca.org

19                                               MELINDA BIRD (SBN 102236)
                                                 MARILYN HOLLE (SBN 61530)
20                                               DEBORAH DORFMAN (CRLSA No. 801060)
                                                 DISABILITY RIGHTS CALIFORNIA
21                                               LOS ANGELES REGIONAL OFFICE
                                                 3580 Wilshire Blvd., Ste. 902
22                                               Los Angeles, CA 90010
                                                 Telephone: (213) 427-8747
23                                               Facsimile: (213) 427-8767
24                                               Melinda.bird@disabilityrightsca.org
                                                 Debbie.dorfman@disabilityrightsca.org
25                                               marilyn.holle@disabilityrightsca.org

26

27    ///

28    ///
                                                 2

ANN MENASCHE (SBN 74774)
DISABLITY RIGHTS CALIFORNIA
SAN DIEGO REGIONAL OFFICE
1111 Sixth Avenue, Suite 200
San Diego, CA 92101
Telephone: (619)239-7861
Facsimile:  (619)239-7906
Ann.menasche@disabilityrightsca.org

PAULA PEARLMAN (SBN 109038)
SHAWNA PARKS (SBN 208301)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
Paula.pearlman@lls.edu
Shawna.parks@lls.edu

CHARLES WOLFINGER (SBN 63467)
LAW OFFICE OF CHARLES WOFLINGER
4655 Cass Street # 314
San Diego, CA 92109
Telephone: (858) 272-8115
Facsimile: (858) 270-3960
Cw@charleswolfinger.com

JANE PERKINS (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
211 N. Columbia Street
Chapel Hill, NC 27514
Telephone: (919) 968-6308
Facsimile: (919) 968-8855
perkins@healthlaw.org

ANNA RICH (SBN 230195)
NATIONAL SENIOR CITIZEN LAW CENTER
1330 Broadway, Suite 525
Oakland, CA 94612
Telephone: (510) 663-1055
Facsimile: (510) 663-1051

*Attorneys for Named Plaintiffs V.L., David*
*Oster, Willie Beatrice Sheppard, Dotty Jones, C.R., and*
*the Plaintiff Class*

///

///

3

*V.L. v. Wagner,* Case No. CV-09-04668 CW
Stip. & Order Continuing the Further Case Management Conference Pending Resolution
of Defs' Preliminary Injunction Appeal in the 9TH Circuit

Dated: September 6, 2011

1

2

3

4

5

6

7

8

9

10

11

*/s/ Eve H. Cervantez*
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW,
SEIU Local 521, SEIU California State Council,
UDW, and CUHW*

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*V.L. v. Wagner*, Case No. CV-09-04668 CW
Stip. & Order Continuing the Further Case Management Conference Pending Resolution
of Defs' Preliminary Injunction Appeal in the 9ᵀᴴ Circuit

1   Dated: September 6, 2011                    Respectfully submitted,

2                                               */s/Gregory D. Brown*
                                                KAMALA HARRIS
3                                               Attorney General of California
                                                KARIN S. SCHWARTZ
4                                               SUSAN M. CARSON
                                                Supervising Deputy Attorneys General
5
6                                               JOSHUA N. SONDHEIMER
                                                GREGORY D. BROWN (SBN 219209)
7                                               Deputy Attorneys General
                                                Attorneys for Defendants
8

9

10                       GENERAL ORDER 45 ATTESTATION

11         I, Frederick P. Nisen, am the  ECF user whose ID and password are being used to file this

12   stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that

13   plaintiffs' counsel and defendants' counsel have concurred in the filing of this document with their

14   electronic signatures.

15   Dated:  September 6, 2011               */s/ Frederick P. Nisen*
                                            Frederick P. Nisen
16

17

18         GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   DATED: ___**9/7/2011**_____            _____
                                                The Honorable Claudia Wilken
21                                              United States District Judge

22

23

24

25

26

27

28
                                            5
     *V.L. v. WAGNER*, CASE NO. CV-09-04668 CW
STIP. & ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE PENDING RESOLUTION
     OF DEFS' PRELIMINARY INJUNCTION APPEAL IN THE 9TH CIRCUIT