UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*, | Case No.: CV 09-04668 CW |
| Plaintiffs | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR OPENING BRIEF IN SUPPORT OF APPLICATION FOR TEMPORARY RETRAINING ORDER** |
| v. | |
| WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, | Civil Local Rule 7-11 |
| | Date: N/A |
| | Time: N/A |
| Defendants | Courtroom: N/A |

1  **[PROPOSED] ORDER**

2  Good cause having been shown, the Court grants Plaintiffs' motion for administrative

3  relief to exceed the page limitation applicable to their opening brief in support of their application

4  for temporary restraining order.  Plaintiffs may file an opening brief of up to 47 pages in length.

7  IT IS SO ORDERED:

9  DATED:  12/1/2011

   The Honorable Claudia Wilken
10  United States District Judge

---

1

[Proposed] Order Granting Plaintiffs' Motion For Admin. Relief to Exceed Page Limit.,
Case No. CV 09-04668 CW