1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*, | ) Case No.: CV 09-04668 CW |
| | ) |
| Plaintiffs | ) **[PROPOSED] ORDER GRANTING** |
| | ) **PLAINTIFFS' MOTION FOR** |
| v. | ) **ADMINISTRATIVE RELIEF TO** |
| | ) **EXCEED PAGE LIMITATION FOR** |
| WILL LIGHTBOURNE, Director of the | ) **OPENING BRIEF IN SUPPORT OF** |
| California Department of Social Services; | ) **APPLICATION FOR TEMPORARY** |
| TOBY DOUGLAS, Director of the California | ) **RETRAINING ORDER** |
| Department of Health Care Services; | ) |
| CALIFORNIA DEPARTMENT OF HEALTH | ) Civil Local Rule 7-11 |
| CARE SERVICES; and CALIFORNIA | ) |
| DEPARTMENT OF SOCIAL SERVICES, | ) Date:    N/A |
| | ) Time:    N/A |
| Defendants | ) Courtroom:  N/A |
| | ) |

---

[Proposed] Order Granting Plaintiffs' Motion For Admin. Relief to Exceed Page Limit.,
Case No. CV 09-04668 CW

1 **[PROPOSED] ORDER**

2    Good cause having been shown, the Court grants Plaintiffs' motion for administrative
3 relief to exceed the page limitation applicable to their opening brief in support of their application
4 for temporary restraining order. Plaintiffs may file an opening brief of up to 47 pages in length.

7 IT IS SO ORDERED:

9 DATED:  **12/1/2011**

                                                            _____
                                                            The Honorable Claudia Wilken
10                                                          United States District Judge

---

1

[Proposed] Order Granting Plaintiffs' Motion For Admin. Relief to Exceed Page Limit.,
Case No. CV 09-04668 CW