1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, <br><br> Defendants. | Case No. CV 09-04668 CW <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO SHORTEN TIME FOR MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

1  Good cause having been shown, Plaintiffs' Motion to Shorten Time for Motion for Leave
2  to File Third Amended Complaint, Docket Number 326, is GRANTED.  The Court will rule on
3  Plaintiffs' motion forthwith.

IT IS SO ORDERED:

DATED:  12/6/2011

　　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　United States District Judge