1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*,<br><br>           Plaintiffs,<br>     v.<br><br>WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>           Defendants. | Case No. CV 09-04668 CW<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

1  Plaintiffs' Motion for Leave to File Third Amended Complaint, Docket Number 323, is
2  GRANTED. The Court finds that the amendment is proper under Rule 15(a).  Fed. R. Civ. P.
3  15(a).  The proposed amendments are neither futile nor made in bad faith.  The filing of the
4  Third Amended Complaint will not result in delay or prejudice to Defendants.  Accordingly, it is
5  ordered that Plaintiffs may efile the Third Amended Complaint forthwith.  Due to administrative
6  error this order was not efiled as intended on December 1, 2011.  The Third Amended Complaint
7  is deemed filed as of that date.  However, five calendar days are added to Defendants' time to
8  respond.

11  IT IS SO ORDERED:

13  DATED:  12/6/2011                              _____
                                                    The Honorable Claudia Wilken
14                                                  United States District Judge

[Proposed] Order Granting Plaintiffs' Motion for Leave to File TAC; Case No. CV 09-04668 CW