UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*, | ) Case No.: CV 09-04668 CW |
| | ) |
| Plaintiffs | ) **[PROPOSED]** |
| | ) **ORDER GRANTING PLAINTIFF L.C.'S** |
| v. | ) ***EX PARTE* APPLICATION FOR** |
| | ) **APPOINTMENT OF M.G. AS *GUARDIAN*** |
| WILL LIGHTBOURNE, Director of the | ) ***AD LITEM*** |
| California Department of Social Services; | ) |
| TOBY DOUGLAS, Director of the California | ) |
| Department of Health Care Services; | ) |
| CALIFORNIA DEPARTMENT OF HEALTH | ) |
| CARE SERVICES; and CALIFORNIA | ) |
| DEPARTMENT OF SOCIAL SERVICES, | ) |
| | ) |
| Defendants | ) |

[Proposed] Order re: L.C.'s Ex Parte App for Appointment of M.G. as GAL

1   Having considered the *Ex Parte* Application For Appointment of M.G as *Guardian Ad*
2   *Litem* for Plaintiff L.C., the declaration and memorandum in support of the application, and good
3   cause appearing therefore, it is hereby ordered that M.G. be appointed guardian ad litem for
4   Plaintiff L.C. in the above action.

6   IT IS SO ORDERED.

8   Dated: 12/6/2011                            By: _____
9                                                   United States District Judge