1
2
3
4
5
6
7
8

9               UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO/OAKLAND DIVISION

11

| | |
|---|---|
| DAVID OSTER, *et al.*, | Case No.: CV 09-04668 CW |
| Plaintiffs | **[PROPOSED]** **ORDER GRANTING PLAINTIFF L.C.'S** ***EX PARTE*** **APPLICATION FOR APPOINTMENT OF M.G. AS** ***GUARDIAN*** ***AD LITEM*** |
| v. | |
| WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, | |
| Defendants | |

[Proposed] Order re: L.C.'s Ex Parte App for Appointment of M.G. as GAL

1  Having considered the *Ex Parte* Application For Appointment of M.G as *Guardian Ad*
2  *Litem* for Plaintiff L.C., the declaration and memorandum in support of the application, and good
3  cause appearing therefore, it is hereby ordered that M.G. be appointed guardian ad litem for
4  Plaintiff L.C. in the above action.
5
6  IT IS SO ORDERED.
7
8  Dated: 12/6/2011                                          By: _____
9                                                                    United States District Judge