IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSTER, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>　　　　Defendants.<br>_____/ | No. C 09-4668 CW<br><br>ORDER DENYING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR MOTION FOR CLASS CERTIFICATION<br>(Docket No. 419) |

　　Plaintiffs move this Court for an ex parte order shortening the time in which to rule on their Motion for Class Certification. Docket No. 419. The motion is denied. Plaintiffs have not demonstrated why class certification must be decided in order for Plaintiffs to seek preliminary relief.

　　Plaintiffs did not notice a hearing date for their motion for class certification. Therefore, a hearing shall be held on January 5, 2012 at 2:00 pm.

　　IT IS SO ORDERED.


Dated: 12/7/2011

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge