IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>　　　　Defendants.<br>_____/ | No. C 09-4668 CW<br><br>ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF FROM SCHEDULING ORDER (Docket No. 435) |

　　　Having reviewed Plaintiffs' Motion for Relief from the Court's scheduling order, Docket No. 435, and Defendants' response, the Court grants the motion in part.

　　　The Court's briefing schedule was intended to permit Defendants, if they so desired, to obtain a hearing on the motion for preliminary injunction within fourteen days of the temporary restraining order, pursuant to Federal Rule of Civil Procedure 65(b).  The order is modified as follows.

　　　Defendants shall file and serve their opposition to the preliminary injunction by December 23, 2011.  Plaintiffs may submit a reply on or before January 9, 2012.

1    The briefing schedule for Plaintiffs' class certification
2 motion is unchanged.  Defendants' opposition is due on or before
3 December 15, 2011, and Plaintiffs' reply is due on or before
4 December 22, 2011.  However, the hearing on the motion for class
5 certification is reset for January 19, 2012 at 2:00 pm.  The
6 motion for preliminary injunction will be heard at that time as
7 well.
8    IT IS SO ORDERED.

Dated: 12/13/2011

_____
CLAUDIA WILKEN
United States District Judge

2