IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID OSTER, et al.,** <br><br>                                     Plaintiffs, <br><br> v. <br><br> **WILL LIGHTBOURNE, Director of the California Department of Social Services, TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,** <br><br>                                     Defendants. | Case No. CV 09-4668 CW <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF** |

      GOOD CAUSE APPEARING, Defendants' request for leave to file an oversized brief, not to exceed fifty pages, in opposition to Plaintiffs' motion for a preliminary injunction is GRANTED.

      IT IS SO ORDERED

Dated:  \_\_\_12/23/2011_____                     *[signature]*
                                                                                    The Honorable Claudia Wilken

1

[~~Proposed~~] Order Granting Defs.' Admin. Mot. (Case No. CV 09-4668 CW)