IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID OSTER, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **WILL LIGHTBOURNE, Director of the California Department of Social Services, TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,** <br><br> Defendants. | Case No. CV 09-4668 CW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF** |

GOOD CAUSE APPEARING, Defendants' request for leave to file an oversized brief, not to exceed fifty pages, in opposition to Plaintiffs' motion for a preliminary injunction is GRANTED.

IT IS SO ORDERED

Dated:  12/23/2011

_Claudia Wilken_
The Honorable Claudia Wilken

1

[Proposed] Order Granting Defs.' Admin. Mot. (Case No. CV 09-4668 CW)