IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID OSTER, et al.,

      Plaintiffs,

    v.

WILL LIGHTBOURNE, Director of the
California Department of Social
Services; TOBY DOUGLAS, Director
of the California Department of
Health Care Services; CALIFORNIA
DEPARTMENT OF HEALTH CARE
SERVICES; and CALIFORNIA
DEPARTMENT OF SOCIAL SERVICES,

      Defendants.

No. C 09-4668 CW

ORDER DENYING
WITHOUT PREJUDICE
PLAINTIFFS' MOTION
FOR ATTORNEYS'
FEES (Docket No.
273)

_____/

    On November 17, 2009, Defendants filed a notice of appeal of

this Court's first preliminary injunction entered in October 2009.

Plaintiffs' motion for attorneys' fees has been pending since

December 23, 2009.  Docket No. 273.

    On March 5, 2012, Defendants appealed this Court's second

preliminary injunction, granted on January 19, 2012, and related

interlocutory orders, including the Court's March 2, 2012

preliminary injunction order.  A case management conference is

scheduled for this action on July 25, 2012 at 2:00 pm.

    The Court will defer ruling on the motion for attorneys' fees

until after the first appeal is decided.  For administrative

reasons, the Court denies the motion without prejudice, subject to

refiling after the appeal on the first preliminary injunction is

decided.  If the preliminary injunction is affirmed, the Court will decide the motion on the papers.  If the preliminary injunction is reversed in whole or in part, the Court will call for supplemental briefs and decide the motion on the papers.

IT IS SO ORDERED.

Dated: 4/9/2012

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28