IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSTER, et al., | No. C 09-4668 CW |
| Plaintiffs, | CORRECTION TO MARCH 2, 2012 ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DOCKET No. 505) |
| v. | |
| WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, | |
| Defendants. | |

This order corrects the Court's March 2, 2012 order granting Plaintiffs' motion for class certification by changing the citation on page four, line eight, from 41 U.S.C. § 1396a(a) to 42 U.S.C. § 1396a(a).

IT IS SO ORDERED.

Dated: 5/4/2012

CLAUDIA WILKEN
United States District Judge