1  MELINDA BIRD (SBN 102236)
   MONISHA A. COELHO (SBN 219233)
2  DISABILITY RIGHTS CALIFORNIA
   350 South Bixel Street, Suite 290
3  Los Angeles, CA 90017
   Telephone: (213) 213-8000
4  Facsimile: (213) 213-8001
   melinda.bird@disabilityrightsca.org
5  monisha.coelho@disabilityrightsca.org

6  *Attorneys for Named Plaintiffs and the Class*
   *Additional Attorneys for Named Plaintiffs and the*
7  *Class on Signature Page*

8  STEPHEN P. BERZON (SBN 46540)
   EVE H. CERVANTEZ (SBN 164709)
9  STACEY M. LEYTON (SBN 203827)
   PEDER J. THOREEN (SBN 217081)
10 RACHEL J. ZWILLINGER (SBN 268684)
   Altshuler Berzon LLP
11 177 Post Street, Suite 300
   San Francisco, California 94108
12 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
13 sberzon@altshulerberzon.com
   ecervantez@altshulerberzon.com
14 sleyton@altshulerberzon.com
   pthoreen@altshulerberzon.com
15 rzwillinger@altshulerberzon.com

16 *Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU*
   *Local 521, SEIU California State Council, UDW, and CUHW*

17

18                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                SAN FRANCISCO/OAKLAND DIVISION

20 DAVID OSTER, *et al.*,                    | Case No. CV 09-04668 CW

21         Plaintiffs,
      v.                                     | **STIPULATION AND ORDER**
22                                           | **CONTINUING THE FURTHER**
   WILL LIGHTBOURNE, Director of the California | **CASE MANAGEMENT**
23 Department of Social Services; TOBY DOUGLAS, | **CONFERENCE PENDING**
   Director of the California Department of Health Care | **RESOLUTION OF DEFENDANTS'**
24 Services; CALIFORNIA DEPARTMENT OF HEALTH | **PRELIMINARY INJUNCTION**
   CARE SERVICES; and CALIFORNIA DEPARTMENT | **APPEALS IN THE NINTH**
25 OF SOCIAL SERVICES,                       | **CIRCUIT**

26         Defendants.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, a Case Management Conference is scheduled in this case for October 24, 2012;

WHEREAS, Defendants' preliminary injunction appeal with respect to ABX 4 4 is currently pending in the Ninth Circuit, which has not yet issued its decision;

WHEREAS, oral argument on that appeal was heard and the matter submitted on June 15, 2010;

WHEREAS, the Ninth Circuit vacated the submission and deferred resolution of that preliminary injunction appeal pending the United States Supreme Court's decision in the consolidated appeals of *Douglas v. Indep. Living Ctr. of S. Cal., et al.*;

WHEREAS, the United Supreme Court has now issued its ruling in *Douglas*;

WHEREAS, on May 21, 2012, the Ninth Circuit ordered the parties to submit letter briefs regarding the mootness impact upon the appeal, if any, of California Welfare & Institutions Code §§12309(i) and 12309.2(e);

WHEREAS, those briefs were filed on July 20, 2012;

WHEREAS, Defendants filed a preliminary injunction appeal with respect to SB 73 on February 21, 2012 and March 5, 2012;

WHEREAS, Defendants filed their opening brief on April 3, 2012; Plaintiffs filed their answering brief on July 19, 2012 and Defendants filed their reply brief on August 16, 2012;

WHEREAS, the Ninth Circuit has not yet set a date for oral argument with respect to Defendants' appeal of this Court's preliminary injunction regarding SB 73;

WHEREAS, a further case management conference had been set in this case for July 25, 2012, but was continued by agreement of the parties to October 24, 2012;

WHEREAS, the parties agree that it would be more efficient for the Court and the parties to continue the further case management conference pending resolution of the preliminary injunction appeals;

1    IT IS HEREBY STIPULATED between the parties through their respective counsel that,

2 subject to Court approval:

3       1.      The further case management conference scheduled for October 24, 2012 is taken

4               off calendar.

5

6       2.      A further case management conference is rescheduled for January 23, 2013, at

7               2:00 p.m.

8       3.      The parties, by filing another Stipulation and [Proposed] Order, may request an

9               earlier or later date for the further case management conference depending on the

10              date(s) the Ninth Circuit issues its opinion(s).

11   Dated: October 15, 2012                    Respectfully Submitted,

12

13

14                                              /s/ *Melinda Bird*_____
                                                MELINDA BIRD (SBN 102236)
                                                MONISHA A. COELHO (SBN 219233)
15                                              DISABILITY RIGHTS CALIFORNIA
                                                LOS ANGELES REGIONAL OFFICE
16                                              350 South Bixel Street, Suite 290
                                                Los Angeles, CA 90017
17                                              Telephone: (213) 213-8000
                                                Facsimile: (213) 213-8001
18                                              melinda.bird@disabilityrightsca.org
                                                monisha.coelho@disabilityrightsca.org
19
                                                SUJATHA JAGADEESH BRANCH (SBN
20                                              166259)
                                                DISABILITY RIGHTS CALIFORNIA
21                                              SACRAMENTO REGIONAL OFFICE
                                                1831 K Street
22                                              Sacramento, CA 95811
                                                Telephone: (916) 504-5800
23                                              Facsimile: (916) 504-5801
                                                sujatha.branch@disabilityrightsca.org
24
                                                DARA L. SCHUR (SBN 98638)
25                                              ELISSA GERSHON (SBN 169741)
                                                DISABILITY RIGHTS CALIFORNIA
26                                              BAY AREA REGIONAL OFFICE
                                                1330 Broadway, Suite 500
27                                              Oakland, CA 94612
                                                Telephone: (510) 267-1200
28                                              Facsimile: (510) 267-1201
                                                dara.schur@disabilityrightsca.org

Stipulation and [Proposed] Order, Case No. CV 09-04668 CW

PAULA PEARLMAN (SBN 109038)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
paula.pearlman@lls.edu
shawna.parks@lls.edu


CHARLES WOLFINGER (SBN 63467)
LAW OFFICE OF CHARLES WOFLINGER
4655 Cass Street # 314
San Diego, CA 92109
Telephone: (858) 272-8115
Facsimile: (858) 270-3960
Cw@charleswolfinger.com

JANE PERKINS (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
101 East Weaver Street, Suite G-7
Carrboro, NC 27510
Telephone: (919) 968-6308
Facsimile: (919) 968-8855

ABIGAIL K. COURSOLLE (SBN 266646)
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Blvd., Ste. 750
Los Angeles, CA 90010
Telephone: (310) 736-1652
Facsimile: (213) 368-0774
coursolle@healthlaw.org

ANNA RICH (SBN 230195)
NATIONAL SENIOR CITIZEN LAW CENTER
1330 Broadway, Suite 525
Oakland, CA 94612
Telephone: (510) 663-1055
Facsimile: (510) 663-1051
arich@nsclc.org

*Attorneys for Individual Named Plaintiffs David Oster, Willie Beatrice Sheppard, C.R., Dottie Jones, Andrea Hylton, Helen Polly Stern, Charles Thurman, L.C., and the Plaintiff Class*


/s/ *Stacey Leyton*
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
RACHEL J. ZWILLINGER (SBN 268684)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151

Stipulation and [Proposed] Order, Case No. CV 09-04668 CW

Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
rzwillinger@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

Dated: October 15, 2012                      Respectfully Submitted,

                                             /s/ *Susan M. Carson*_____
                                             KAMALA HARRIS
                                             Attorney General of California
                                             SUSAN M. CARSON
                                             Supervising Deputy Attorney General
                                             GREGORY D. BROWN (SBN 219209)
                                             NIMROD ELIAS (SBN 251634)
                                             Deputy Attorneys General
                                             California Dept. of Justice
                                             455 Golden Gate Ave Ste 11000
                                             San Francisco, CA 94102
                                             Susan.Carson@doj.ca.gov

                                             *Attorneys for Defendants*

GENERAL ORDER 45 ATTESTATION

I, Stacey Leyton, am the ECF user whose ID and password are being used to file this stipulation. In compliance with General Order 45, X.B, I hereby attest under the penalty of perjury that concurrence regarding filing this document has been obtained from each of its signatories.

Dated: October 15, 2012                      /s/ *Stacey Leyton*_____
                                             Stacey Leyton

Stipulation and [Proposed] Order, Case No. CV 09-04668 CW

1

**ORDER**

2

GOOD CAUSE APPEARING, pursuant to stipulation and in light of the Ninth Circuit's

3

oral argument schedule in this case, the Case Management Conference scheduled for October 24,

4

2012 is continued to April 10, 2013.

5

IT IS SO ORDERED.

6

7

8

Dated: __10/17/2012__                          _____

9                                                  Hon. Claudia Wilken
                                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order, Case No. CV 09-04668 CW