MELINDA BIRD (SBN 102236)
MONISHA A. COELHO (SBN 219233)
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
melinda.bird@disabilityrightsca.org
monisha.coelho@disabilityrightsca.org

*Attorneys for Named Plaintiffs and the Class*
*Additional Attorneys for Named Plaintiffs and the*
*Class on Signature Page*

STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
RACHEL J. ZWILLINGER (SBN 268684)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
rzwillinger@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU*
*Local 521, SEIU California State Council, UDW, and CUHW*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>　　　　Defendants. | Case No. CV 09-04668 CW<br><br>**STIPULATION AND ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF DEFENDANTS' PRELIMINARY INJUNCTION APPEALS IN THE NINTH CIRCUIT** |

WHEREAS, a Case Management Conference is scheduled in this case for October 24, 2012;

WHEREAS, Defendants' preliminary injunction appeal with respect to ABX 4 4 is currently pending in the Ninth Circuit, which has not yet issued its decision;

WHEREAS, oral argument on that appeal was heard and the matter submitted on June 15, 2010;

WHEREAS, the Ninth Circuit vacated the submission and deferred resolution of that preliminary injunction appeal pending the United States Supreme Court's decision in the consolidated appeals of *Douglas v. Indep. Living Ctr. of S. Cal., et al.*;

WHEREAS, the United Supreme Court has now issued its ruling in *Douglas*;

WHEREAS, on May 21, 2012, the Ninth Circuit ordered the parties to submit letter briefs regarding the mootness impact upon the appeal, if any, of California Welfare & Institutions Code §§12309(i) and 12309.2(e);

WHEREAS, those briefs were filed on July 20, 2012;

WHEREAS, Defendants filed a preliminary injunction appeal with respect to SB 73 on February 21, 2012 and March 5, 2012;

WHEREAS, Defendants filed their opening brief on April 3, 2012; Plaintiffs filed their answering brief on July 19, 2012 and Defendants filed their reply brief on August 16, 2012;

WHEREAS, the Ninth Circuit has not yet set a date for oral argument with respect to Defendants' appeal of this Court's preliminary injunction regarding SB 73;

WHEREAS, a further case management conference had been set in this case for July 25, 2012, but was continued by agreement of the parties to October 24, 2012;

WHEREAS, the parties agree that it would be more efficient for the Court and the parties to continue the further case management conference pending resolution of the preliminary injunction appeals;

1  IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval:

1. The further case management conference scheduled for October 24, 2012 is taken off calendar.

2. A further case management conference is rescheduled for January 23, 2013, at 2:00 p.m.

3. The parties, by filing another Stipulation and [Proposed] Order, may request an earlier or later date for the further case management conference depending on the date(s) the Ninth Circuit issues its opinion(s).

Dated: October 15, 2012                     Respectfully Submitted,


/s/ *Melinda Bird*_____
MELINDA BIRD (SBN 102236)
MONISHA A. COELHO (SBN 219233)
DISABILITY RIGHTS CALIFORNIA
LOS ANGELES REGIONAL OFFICE
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
melinda.bird@disabilityrightsca.org
monisha.coelho@disabilityrightsca.org

SUJATHA JAGADEESH BRANCH (SBN 166259)
DISABILITY RIGHTS CALIFORNIA
SACRAMENTO REGIONAL OFFICE
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Facsimile: (916) 504-5801
sujatha.branch@disabilityrightsca.org

DARA L. SCHUR (SBN 98638)
ELISSA GERSHON (SBN 169741)
DISABILITY RIGHTS CALIFORNIA
BAY AREA REGIONAL OFFICE
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
dara.schur@disabilityrightsca.org

PAULA PEARLMAN (SBN 109038)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
paula.pearlman@lls.edu
shawna.parks@lls.edu

CHARLES WOLFINGER (SBN 63467)
LAW OFFICE OF CHARLES WOFLINGER
4655 Cass Street # 314
San Diego, CA 92109
Telephone: (858) 272-8115
Facsimile: (858) 270-3960
Cw@charleswolfinger.com

JANE PERKINS (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
101 East Weaver Street, Suite G-7
Carrboro, NC 27510
Telephone: (919) 968-6308
Facsimile: (919) 968-8855

ABIGAIL K. COURSOLLE (SBN 266646)
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Blvd., Ste. 750
Los Angeles, CA 90010
Telephone: (310) 736-1652
Facsimile: (213) 368-0774
coursolle@healthlaw.org

ANNA RICH (SBN 230195)
NATIONAL SENIOR CITIZEN LAW CENTER
1330 Broadway, Suite 525
Oakland, CA 94612
Telephone: (510) 663-1055
Facsimile: (510) 663-1051
arich@nsclc.org

*Attorneys for Individual Named Plaintiffs David Oster, Willie Beatrice Sheppard, C.R., Dottie Jones, Andrea Hylton, Helen Polly Stern, Charles Thurman, L.C., and the Plaintiff Class*

/s/ *Stacey Leyton*
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
RACHEL J. ZWILLINGER (SBN 268684)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151

Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
rzwillinger@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

Dated: October 15, 2012           Respectfully Submitted,

/s/ *Susan M. Carson*_____
KAMALA HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GREGORY D. BROWN (SBN 219209)
NIMROD ELIAS (SBN 251634)
Deputy Attorneys General
California Dept. of Justice
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102
Susan.Carson@doj.ca.gov

*Attorneys for Defendants*

GENERAL ORDER 45 ATTESTATION

I, Stacey Leyton, am the ECF user whose ID and password are being used to file this stipulation. In compliance with General Order 45, X.B, I hereby attest under the penalty of perjury that concurrence regarding filing this document has been obtained from each of its signatories.

Dated: October 15, 2012           /s/ *Stacey Leyton*_____
                                  Stacey Leyton

# ORDER

GOOD CAUSE APPEARING, pursuant to stipulation and in light of the Ninth Circuit's oral argument schedule in this case, the Case Management Conference scheduled for October 24, 2012 is continued to April 10, 2013.

IT IS SO ORDERED.

Dated: 10/17/2012

_____
Hon. Claudia Wilken
United States District Judge