IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSTER, et al., | No. C 09-4668 CW |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE A STATUS REPORT |
| v. | |
| WILL LIGHTBOURNE, et al., | |
| Defendants. | |

On March 14, 2013, the Ninth Circuit granted the parties' joint motion to stay the appeal in this case "pending the district court's approval of their settlement." 9th Cir. Case No. 12-15366, Docket No. 58. The parties are therefore directed to file within seven days of this order a joint status report or a stipulation setting a briefing schedule for their motion for preliminary approval of the settlement.

IT IS SO ORDERED.

Dated: 3/20/2013

CLAUDIA WILKEN
United States District Judge