MELINDA BIRD (SBN 102236)
MARILYN HOLLE (SBN 61530)
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
melinda.bird@disabilityrightsca.org
monisha.coelho@disabilityrightsca.org

*Attorneys for Named Plaintiffs and the Class*
*Additional Attorneys for Named Plaintiffs and the*
*Class on Signature Page*

STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
RACHEL J. ZWILLINGER (SBN 268684)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
rzwillinger@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID OSTER, *et al.*, <br><br>　　　　Plaintiffs, <br>　　v. <br><br>WILL LIGHTBOURNE, Director of the California Department of Social Services; TOBY DOUGLAS, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, <br><br>　　　　Defendants. | Case No. CV 09-04668 CW <br><br>**CLASS ACTION** <br><br>**JOINT NOTICE AND REQUEST FOR DISMISSAL; [~~PROPOSED~~] ORDER** |

## JOINT NOTICE AND REQUEST FOR DISMISSAL

On May 23, 2013, the Court granted final settlement approval in this action. At that time, a preliminary injunction appeal in this action remained pending in the Ninth Circuit Court of Appeals. Additionally, the terms of the settlement contemplated the subsequent passage of implementing legislation by the California Legislature. The Court's May 23, 2013, final approval order requires the remaining parties to file a Joint Notice and Request for Dismissal within 30 days after the date that the appeal in this case has been dismissed and the legislation enacted.

The parties hereby provide notice that the California Legislature passed the related legislation and it was signed by the Governor on May 30, 2013. The Ninth Circuit dismissed the appeal in this action on July 5, 2013. Therefore, the parties respectfully request that the Court sign and enter the attached proposed order dismissing this action. Pursuant to Fed. R. Civ. P. 58(d), the parties also respectfully request that the Court enter judgment accordingly.

Dated: August 1, 2013                    Respectfully Submitted,

/s/ *Stacey Leyton*
STEPHEN P. BERZON (SBN 46540)
EVE H. CERVANTEZ (SBN 164709)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
RACHEL J. ZWILLINGER (SBN 268684)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
ecervantez@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
rzwillinger@altshulerberzon.com

*Attorneys for Plaintiffs SEIU-UHW, SEIU-ULTCW, SEIU Local 521, SEIU California State Council, UDW, and CUHW*

MELINDA BIRD (SBN 102236)
MARILYN HOLLE (SBN 61530)
DISABILITY RIGHTS CALIFORNIA
LOS ANGELES REGIONAL OFFICE
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
melinda.bird@disabilityrightsca.org
monisha.coelho@disabilityrightsca.org

SUJATHA JAGADEESH BRANCH (SBN 166259)
DISABILITY RIGHTS CALIFORNIA
SACRAMENTO REGIONAL OFFICE
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Facsimile: (916) 504-5801
sujatha.branch@disabilityrightsca.org

DARA L. SCHUR (SBN 98638)
ELISSA GERSHON (SBN 169741)
DISABILITY RIGHTS CALIFORNIA
BAY AREA REGIONAL OFFICE
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
dara.schur@disabilityrightsca.org

PAULA PEARLMAN (SBN 109038)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428
paula.pearlman@lls.edu
shawna.parks@lls.edu

CHARLES WOLFINGER (SBN 63467)
LAW OFFICE OF CHARLES WOFLINGER
4655 Cass Street # 314
San Diego, CA 92109
Telephone: (858) 272-8115
Facsimile: (858) 270-3960
Cw@charleswolfinger.com

JANE PERKINS (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
101 East Weaver Street, Suite G-7
Carrboro, NC 27510
Telephone: (919) 968-6308
Facsimile: (919) 968-8855

|   |   |
|---|---|
| | ABIGAIL K. COURSOLLE (SBN 266646)<br>NATIONAL HEALTH LAW PROGRAM<br>3701 Wilshire Blvd., Ste. 750<br>Los Angeles, CA 90010<br>Telephone: (310) 736-1652<br>Facsimile: (213) 368-0774<br>coursolle@healthlaw.org |
| | ANNA RICH (SBN 230195)<br>NATIONAL SENIOR CITIZEN LAW CENTER<br>1330 Broadway, Suite 525<br>Oakland, CA 94612<br>Telephone: (510) 663-1055<br>Facsimile: (510) 663-1051<br>arich@nsclc.org |
| | *Attorneys for Individual Named Plaintiffs David Oster, Willie Beatrice Sheppard, C.R., Dottie Jones, Andrea Hylton, Helen Polly Stern, Charles Thurman, L.C., and the Plaintiff Class* |
| Dated: August 1, 2013 | Respectfully Submitted, |
| | /s/ *Susan M. Carson*<br>KAMALA HARRIS<br>Attorney General of California<br>SUSAN M. CARSON<br>Supervising Deputy Attorney General<br>GREGORY D. BROWN (SBN 219209)<br>NIMROD ELIAS (SBN 251634)<br>Deputy Attorneys General<br>California Dept. of Justice<br>455 Golden Gate Ave Ste 11000<br>San Francisco, CA 94102<br>Susan.Carson@doj.ca.gov |
| | *Attorneys for Defendants* |

GENERAL ORDER 45 ATTESTATION

I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: August 1, 2013                                      By:   */s/ Stacey M. Leyton*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

This judgment of dismissal is entered pursuant to the terms of the Settlement Agreement, which is incorporated herein as though fully set forth, and attached as Exhibit A to this Order. The Court orders the parties to the Settlement Agreement to perform all of their obligations thereunder. The Court retains exclusive and continuing jurisdiction over this case, the Named Plaintiffs, the Plaintiff Classes and Subclasses, and State Defendants for purposes of supervising and resolving issues relating to administration, implementation, and enforcement of the Settlement Agreement; resolving any disputes that may arise regarding the Settlement Agreement, its terms, or the enforcement thereof; and fashioning appropriate remedies for any violation of that Settlement Agreement. The Court's jurisdiction shall expire 30 months after the date of the Centers for Medicare and Medicaid Services' approval or disapproval of the "Assessment" described in Section VI of the Settlement Agreement.

Dated: _____August 7_____, 2013

_____
Honorable Claudia A. Wilken
United States District Court Judge